IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.  09-33324 |
| ELISHA GAIL DILLON | ) | S.S.# xxx-xx-4193 |
| | ) | |
| Debtor. | ) | Chapter 7 Bankruptcy |

**NOTICE TO RADIOLOGY, INC.
THAT $2.69 HAS BEEN DEPOSITED INTO THE COURT'S
SMALL DIVIDENDS FUNDS ACCOUNT**

Comes now the Chapter 7 Trustee, Rebecca Hoyt Fischer, and gives notice to Radiology, Inc., creditor herein, and deposits $2.69 into the Court Clerk's Small Dividend funds Account.

1. That the last known address for Radiology, Inc., was:

    c/o Diamond & Diamond
    P.O. Box 1875
    South Bend, IN  46634

2. That the distribution amount payable to Radiology, Inc., was $2.69.

3. Under FRBP 3010, all dividends of less than $5.00 must be turned over to the clerk of the bankruptcy court;

DATED:  August 16, 2011                    /s/ Rebecca H. Fischer
                                            Rebecca Hoyt Fischer
                                            Bar No. 10537-72
                                            112 West Jefferson Blvd., Ste. 310
                                            South Bend, IN 46601
                                            Telephone:  (574) 284-2354

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that on August 16, 2011, a true and correct copy of the above and foregoing was served by electronic transmission upon the following parties:

| | |
|---|---|
| U.S. Trustee | Rachel A. Kidd |
| USTPRegion10.SO.ECF@usdoj.gov | raklaw12800@yahoo.com |

and by depositing same in the United States mail, correct postage prepaid, upon the following parties:

ELISHA GAIL DILLON
58538 Ox Bow Drive
ELKHART, IN 46516

| | |
|---|---|
| United States Bankruptcy Court | Radiology, Inc., |
| 401 S. Michigan Street | c/o Diamond & Diamond |
| South Bend, IN 46601 | P.O. Box 1875 |
| | South Bend, IN 46634 |
| | s/ Rebecca H. Fischer |
| | Rebecca Hoyt Fischer |